**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CALVERT WRIGHT, et al.** | * | |
| | * | |
| | * | |
| **v.** | * | **Civil No. JKS 10-1161** |
| | * | |
| **THE PAYER PLAYER, LLC, et al.** | * | |

<u>**MEMORANDUM OPINION**</u>

Presently pending and ready for resolution is Plaintiffs' Renewed Motion for Sanctions, ECF No. 36. The motion seeks an order striking Defendants' pleadings, entering a default judgment against Defendants, and awarding attorneys' fees and expenses. No hearing is necessary.

This action was removed to this court on May 11, 2010. After an amended complaint and answer were filed, the court issued a scheduling order requiring that discovery be completed by December 27, 2010, and, with the consent of the parties, the case was referred to me for all further proceedings. ECF Nos. 18, 19, 20. On December 23, 2010, the court ordered Defendants to provide complete discovery responses by January 5, 2011, and warned Defendants that sanctions would be imposed for failure to comply. ECF No. 32. On January 24, 2011, in response to Plaintiffs' currently pending motion, the court ordered Defendants to show cause by February 9, 2011, why Defendants' pleadings should not be stricken, why judgment by default should not be entered against Defendants, and why fees and expenses should not be awarded.

Defendants have not responded to Plaintiffs' motions, and, more importantly, have not responded to either of this court's orders. They offer no cause for these failures. Pursuant to Federal Rule of Civil Procedure 37 (b) (2) (A), Defendants' complete failure to respond to court orders entitles Plaintiffs to the relief they seek. A separate order will accompany this Memorandum.


Date: February 16, 2011                          /S/
                                        JILLYN K. SCHULZE
                                   United States Magistrate Judge